NUMBERS

 

13-06-196-CR

13-06-197-CR

13-06-198-CR

13-06-199-CR

13-06-200-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

____________________________________________________________

 

VAN TRAY WILLIAMS,                                                                     Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

____________________________________________________________

 

   On appeal from the 130th
District Court of Matagorda County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

                                                              

                      Before Justices
Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

                                                                              








Appellant, VAN TRAY WILLIAMS, attempts to appeal his convictions for possession and delivery of a controlled substance.  The trial court has certified that Athe defendant has waived the right of appeal.@  See Tex. R. App. P. 25.2(a)(2).

On April
27, 2006, this Court notified appellant=s
counsel of the trial court=s certifications and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On May
15, 2006, counsel filed a letter brief with this Court.  Counsel=s response fails to establish either that the
certifications currently on file with this Court are incorrect or that
appellant otherwise has a right to appeal. 


The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed.  Any pending motions are denied as moot.

 

PER CURIAM

 

Do not publish. 


Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 25th day of May, 2006.